# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007
212-857-8500

| | |
|---|---|
| DENNIS G. JACOBS | CATHERINE O'HAGAN WOLFE |
| CHIEF JUDGE | CLERK OF COURT |

## NOTICE OF APPEARANCE INSTRUCTIONS FOR SUBSTITUTION, ADDITIONAL, OR AMICUS COUNSEL

The Notice of Appearance for Substitution, Additional, or Amicus Counsel form requires counsel to provide contact information. It also requires counsel to certify that they have been admitted to this Court and have complied with all rules regarding admission renewal or that they have applied for admission to this Court. In accordance with Local Rule 12.3(b), each attorney acting as substitution or amicus counsel or any attorney other than lead counsel of record wishing to enter the case must file a separate notice of appearance.

Counsel must be admitted to the bar of this Court or be otherwise eligible to argue an appeal. The Court requires <u>written</u> *pro hac vice* motions filed before filing the notice of appearance. Admission *pro hac vice* will be extended as a matter of course to a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and continues representation on an appeal taken pursuant to the Criminal Justice Act. *See* Local Rule 46.1(d)(1). Counsel, however, are encouraged to apply for general admission to this Court as soon as they meet the qualifications.

For information concerning attorney admissions and renewals, visit the court's website at [www.ca2.uscourts.gov](www.ca2.uscourts.gov) or contact Admissions in the Clerk's Office at 212-857-8603.

# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: _____  Docket No.: _____

Counsel of Record (name/firm): _____

Appearance for (party/designation): _____

Select One:

___ Substitute Counsel (replacing name/firm: _____)

___ Additional Counsel (co-counsel with name/firm: _____)

OR

___ Amicus (in support of (party/designation): _____)

## DOCKET SHEET AMENDMENTS

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## CERTIFICATION

I certify that:
(  ) I am admitted to practice in this Court and, if required by Local Rule 46.1(a)(2), have renewed my admission on _____ OR
(  ) I applied for admission on _____.

Signature of Counsel: _____
Type or Print Name: _____